UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DAVID MOON, a/k/a
AZELIE MOON,

     Plaintiff,                         Case No. 2:24-cv-12850
                                         District Judge Susan K. DeClercq
v.

SISSON, et al.,

     Defendants.

_____/


**ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE THE CASE
FROM EARLY MEDIATION (ECF No. 7)
AND
LIFTING THE STAY AND DIRECTING SERVICE**


Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed a civil rights complaint under 42 U.S.C. § 1983.  The case was stayed and referred to the Court's Pro Se Early Prisoner Mediation Program for possible resolution.  (ECF No. 6).

Plaintiff subsequently filed a motion and brief to exclude the case from early mediation.  (ECF Nos. 7, 8).  Because participation in the program is voluntary and considering plaintiff's desire not to participate in mediation, the motion to exclude the case from early mediation is GRANTED.

The stay is LIFTED, and this case is returned to the docket of the district judge for further proceedings.

The Clerk must prepare the forms necessary to effect service of process.

The U.S. Marshal is directed to serve the completed service documents with a copy of the complaint on the defendant(s).  The United States will advance the costs of service.

SO ORDERED.


Dated: November 20, 2024                    s/Kimberly G. Altman
Detroit, Michigan                           KIMBERLY G. ALTMAN
                                            United States Magistrate Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 20, 2024.


                                            s/Dru Jennings
                                            DRU JENNINGS
                                            Case Manager