UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MOON,

        Plaintiff,                                Case No. 2:24-cv-12850

v.                                                  Honorable Susan K. DeClercq
                                                      United States District Judge

SISSEN et al.,

                                                         Honorable Kimberly G. Altman
                Defendants.                     United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 18), DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIONS (ECF Nos. 10; 11; 12) AND FOR DECLARATORY JUDGMENT (ECF No. 15)**

On December 16, 2024, Magistrate Judge Kimberly G. Altman issued a report recommending that the Court deny Plaintiff's three motions for preliminary injunctions and one motion for declaratory judgment. ECF No. 18; *see also* ECF Nos. 10; 11; 12; 15. Judge Altman provided 14 days to object, but Plaintiff did not do so. Plaintiff has therefore forfeited her right to appeal Judge Altman's findings.[1] *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, there is no prejudicial clear error in the report.

---

[1] Plaintiff indicates in her complaint that her chosen name is Azelie Delaina Moon and her preferred pronouns are she/her. (ECF No. 1, PageID.4). The Court therefore will use she/her when referring to Plaintiff.

- 2 -

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 18, is **ADOPTED**.

Consequently, it is **ORDERED** that:

1. Plaintiff's Motion for Preliminary Injunction, ECF No. 10, is **DENIED**;

2. Plaintiff's Motion for Preliminary Injunction, ECF No. 11, is **DENIED**;

3. Plaintiff's Motion for Preliminary Injunction, ECF No. 12, is **DENIED**;

4. Plaintiff's Motion for Declaratory Judgment, ECF No. 15, is **DENIED**.

**This is not a final order and does not close the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: January 14, 2025